1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7           FOR THE DISTRICT OF ARIZONA
8
9    United States of America,                    No. CV-13-08159-PCT-NVW
10                        Plaintiff/Respondent,    No. CR-01-01062-03-PCT-NVW
11   v.                                           **ORDER**
12
13   Johnny Orsinger,
14                        Defendant/Movant.
15
16        Pending before the Court is the Report and Recommendation ("R&R") of
17   Magistrate Judge Lawrence O. Anderson (Doc. 9) regarding Defendant Johnny
18   Orsinger's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255
19   (Doc. 1).   The R&R recommends that the Motion be granted and that Movant be
20   resentenced in accordance with *Miller v. Alabama*, __ U.S. __, 132 S. Ct. 2455 (2012).
21        The United States filed a Response in which it agreed to the resentencing of
22   Defendant pursuant to *Miller v. Alabama*.  (Doc. 8.)  The Court will accept the R&R and
23   grant the Motion.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept,
24   reject, or modify, in whole or in part, the findings or recommendations made by the
25   magistrate").
26
27
28

1

2      IT IS THEREFORE ORDERED that the Report and Recommendation of the

3   Magistrate Judge (Doc. 9) is accepted and Defendant Johnny Orsinger's Motion to

4   Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is granted.

5      IT IS FURTHER ORDERED that Defendant Johnny Orsinger be resentenced in

6   accordance with *Miller v. Alabama*, __ U.S. __, 132 S. Ct. 2455 (2012).

7      IT IS FURTHER ORDERED setting a hearing and resentencing in CR-01-01062-

8   03-PCT-NVW, for October 27, 2014, at 2:30 p.m., in Courtroom 504, 401 W.

9   Washington Street, Phoenix, Arizona 85003. The Probation Department shall prepare an

10  updated presentence investigation report.

11      Dated this 19th day of June, 2014.

12

13

14   _____

15                Neil V. Wake
                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -